IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 17). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until February 28, 2013, to file her brief. Defendant shall have until March 29, 2013, to file a brief. Plaintiff shall have until April 12, 2013, to file a reply brief.

DATED this 27th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court