IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CONNIE J. JOHNSON,              )
                                )
          Plaintiff,            )         4:12CV3176
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )         ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 19). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until April 11, 2013, to file her brief. Defendant shall have until May 2, 2013, to file a brief. Plaintiff shall have until May 13, 2013, to file a reply brief. No further extensions will be granted.

DATED this 28th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court