IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 22). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until April 22, 2013, to file her brief. Defendant shall have until May 13, 2013, to file a brief. Plaintiff shall have until May 20, 2013, to file a reply brief.

DATED this 15th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court