IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 27). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until July 12, 2013, to file her brief. Plaintiff shall have until July 28, 2013, to file a reply brief.

DATED this 25th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court