IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CONNIE J. JOHNSON,              )
                                )
          Plaintiff,            )          4:12CV3176
                                )
     v.                         )
                                )
CAROLYN W. COLVIN, Acting       )          ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that the final decision of the Acting Commissioner of the Social Security Administration is affirmed. Plaintiff's complaint is dismissed.

DATED this 17th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court